BJL/LKEK: USAO 2017R00268

FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND
2017 MAY -1 P 4:33
CLERK'S OFFICE
AT GREENBELT
BY JH

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

**UNITED STATES OF AMERICA** *
*
**v.** * **CRIMINAL NO.** TDC 17cr230
*
**ADALID MENDOZA-ZUNIGA,** * **(Reentry of Removed Alien After**
**a/k/a "Lisandro Mendoza,"** * **Felony Conviction, 8 U.S.C. §§ 1326(a)**
* **and (b)(1))**
**Defendant** *
*
*******

**INDICTMENT**

The Grand Jury for the District of Maryland charges that:

On or about April 17, 2017, in the District of Maryland, the defendant,

**ADALID MENDOZA-ZUNIGA,**
**a/k/a "Lisandro Mendoza,"**

an alien who previously had been deported and removed, after having been convicted of a felony, knowingly entered and was found in the United States of America, the said defendant having not obtained the express consent of the Attorney General of the United States or his successor, the Secretary for Homeland Security (Title 6, United States Code, Sections 202(3), 202(4) and 557), to reapply for admission into the United States as required by law.

8 U.S.C. §§ 1326(a) and (b)(1)

Stephen M. Schenning / BL
Stephen M. Schenning
Acting United States Attorney

A TRUE BILL:

**SIGNATURE REDACTED**

Foreperson

Date: May 1, 2017